IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DWAYNE THRASH, an individual, | ) | Case No.: 1:24-cv-04936 |
| Plaintiff, | ) | |
| v. | ) | Judge: Hon. John J. Tharp, Jr. |
| | ) | Magistrate Judge: Hon. Beth W. Jantz |
| THORNTON TOWNSHIP; TIFFANY | ) | |
| HENYARD; and KEITH FREEMAN. | ) | **JURY TRIAL DEMANDED** |
| Defendants. | ) | |

## JOINT STATUS REPORT

NOW COME the Parties, Plaintiff, DWAYNE THRASH ("THRASH"); and Defendants, THORNTON TOWNSHIP ("THORNTON TOWNSHIP"); TIFFANY HENYARD ("HENYARD"); KEITH FREEMAN ("FREEMAN"), by and through their attorneys, and file the following Joint Status Report on the Parties' Discovery Plan.

### I. DISCOVERY

    **A. Discovery Needed:**

- Personnel records and Township communications concerning Plaintiff's employment and termination.
- Evidence of alleged pattern/practice of retaliatory terminations.
- Depositions of key decision-makers (Supervisor Henyard, Administrator Freeman).

    **B. Discovery Schedule:**

The parties propose the discovery schedule below:

| Event | Deadline |
|---|---|
| Initial Rule 26(a)(1) Disclosures | November 15, 2025 |
| Initial Written Discovery Requests | November 30, 2025 |
| Completion of Fact Discovery | February 13, 2026 |
| Dispositive Motions | April 24, 2026 |

    C. Expert Discovery.

The Parties do not anticipate there will be expert discovery.

II. **TIME TO AMEND COMPLAINT**

Plaintiff shall file an amended complaint, if he chooses to do so, regarding Count II (Due Process Violation) and Count IV (Civil Conspiracy) by February 13, 2026, after discovery has been conducted (see DKT 35, Court's September 30, 2025 Opinion and Order).

III. **STATUS OF DISCOVERY DISCUSSIONS**

    A. Indicate whether any settlement discussions have occurred;
    B. Describe the status of any settlement discussions; and
    C. Whether the parties request a settlement conference.

The parties have begun settlement discussions and request a settlement conference at this time.

DATED: October 31, 2025      Respectfully submitted,

By: /s/ Matthew R. Custardo      By: /s/ Thomas More Leinenweber
Attorney for:      Attorneys for:
**DWAYNE THRASH**      **THORNTON TOWNSHIP, TIFFANY HENYARD, and KEITH FREEMAN**

Matthew R. Custardo (ARDC #: 06329579)
CUSTARDO LAW, LLC
650 Warrenville Road, Suite 100
Lisle, IL 60532
Tel: 630-557-1451
matthew@custardolaw.com

Thomas Leinenweber
John Robert Stortz
Michael J. Schalka
LEINENWEBER, DAFFADA & SANSONETTI LLC
120 North LaSalle Street, Suite 2000
Chicago, IL 60602
Phone: 312-606-8705
thomas@ilesq.com
jrs@ilesq.com
mjs@ilesq.com

## **CERTIFICATE SERVICE**

The undersigned attorney hereby certifies that on October 31, 2025, I electronically filed the foregoing with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, Chicago, Illinois, by using the CM/ECF system, which will send notification of such filing to all CM/ECF participants in this matter, as shown below:

*Thomas Leinenweber*
*John Robert Stortz*
*Michael J. Schalka*
*LEINENWEBER, DAFFADA & SANSONETTI LLC*
*120 North LaSalle Street, Suite 2000*
*Chicago, IL 60602*
[thomas@ilesq.com](mailto:thomas@ilesq.com)
[jrs@ilesq.com](mailto:jrs@ilesq.com)
[mjs@ilesq.com](mailto:mjs@ilesq.com)
**Attorneys for the Defendants**

/s/ Matthew R. Custardo

Matthew R. Custardo (ARDC #: 06329579)
CUSTARDO LAW, LLC
650 Warrenville Road, Suite 100
Lisle, IL 60532
Tel: 630-557-1451
[matthew@custardolaw.com](mailto:matthew@custardolaw.com)